United States District Court
Southern District of Texas
**ENTERED**
August 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ARZANDRA JONES,** § § | |
| PLAINTIFF, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-940 |
| § | |
| **UNITED STATES DEPARTMENT OF THE ARMY,** *et al*, § § § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Plaintiff Arzandra Jones ("Plaintiff") filed suit against the U.S. Department of the Army on March 26, 2018, seeking relief under the Federal Tort Claims Act. (Doc. No. 1.). On August 29, 2018, Plaintiff amended her Complaint to bring claims against the United States ("Defendant"). (Doc. No. 17.) At a motion hearing on July 31, 2019, the Court granted Defendant's Motion for Summary Judgment.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the July 31, 2019 hearing, final judgment is hereby **ENTERED** for Defendant on Plaintiff's claims.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 12th day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE